

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| KENNETH H. ARCHIBALD and ARCHIBALD & ASSOCIATES, INC., | § § | No. 08-25-00166-CV |
| Appellants, | § | Appeal from the |
| v. | § | 41st District Court |
| EL PASO ORTHOPAEDIC SURGERY GROUP, P.A. and BRETT HENDERSON, M.D., | § § | of El Paso County, Texas (TC# 2015DCV2669) |
| Appellees. | § | |

# J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellants pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED this 8th day of July 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.